**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*if known*): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | |
|---|---|
| 1. **Debtor's name** | JKL Digital Capital Limited |

2. **Debtor's unique identifier**

**For non-individual debtors:**

☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___

☑ Other 2054314 . Describe identifier Business Number .

**For individual debtors:**

☐ Social Security number: xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN): **9** xx – xx – ____ ____ ____ ____

☐ Other _____ . Describe identifier _____ .

3. **Name of foreign representative(s)**

Hadley Chilton, Stephen Cork, and Glenn Harrigan

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**

In the Matter of JKL Digital Capital Limited, The Eastern Caribbean Supreme Court in the High Court of Justice, Virgin Islands (Commercial Division), Claim No. BVIHC (COM) 2024/0614

5. **Nature of the foreign proceeding**

*Check one:*

☑ Foreign main proceeding
☐ Foreign nonmain proceeding
☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

_____
_____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
☑ Yes

Debtor    JKL Digital Capital Limited
Name

Case number (if known)_____

---

**8.  Others entitled to notice**

Attach a list containing the names and addresses of:

(i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

---

**9.  Addresses**

**Country where the debtor has the center of its main interests:**

British Virgin Islands

**Debtor's registered office:**

80 Main Street
Number      Street

P.O. Box 3200
P.O. Box

Road Town, Tortola VG 1110
City            State/Province/Region    ZIP/Postal Code

British Virgin Islands
Country

**Address of foreign representative(s):**

Cork Gully (Guernsey) Limited
1st Floor Royal Chambers
St Julian's Avenue
St Peter Port, Guernsey, GY13JX

**Address of foreign representative(s):**

CCP Consultants
Ellen L. Skelton Building
P.O. Box 3274
Road Town, Tortola, VG 1110
British Virgin Islands

---

**10.  Debtor's website** (URL)

https://www.jkl.group, https://www.p95g.com

---

**11.  Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

   ☑ Corporation.  Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

   ☐ Partnership

   ☐ Other.  Specify: _____

☐ Individual

---

Debtor    **JKL Digital Capital Limited**
          <small>Name</small>

Case number *(if known)*_____

---

**12. Why is venue proper in *this district*?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district. **(See Exhibit B)**

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____

---

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____    STEPHEN CORK.
Signature of foreign representative       Printed name
Executed on  10 06 2025
             MM / DD / YYYY

✗ _____    _____
Signature of foreign representative       Printed name
Executed on _____
             MM / DD / YYYY

✗ _____    _____
Signature of foreign representative       Printed name
Executed on _____
             MM / DD / YYYY

---

**14. Signature of attorney**

✗ _____    Date _____
Signature of Attorney for foreign representative          MM / DD / YYYY

Robert J. Gayda
<small>Printed name</small>
Seward & Kissel LLP
<small>Firm name</small>
One Battery Park Plaza
<small>Number          Street</small>
New York                                    NY          10004
<small>City</small>                          <small>State</small>      <small>ZIP Code</small>

(212) 574-1200                              gayda@sewkis.com
<small>Contact phone</small>                 <small>Email address</small>

4290219                                     NY
<small>Bar number</small>                    <small>State</small>

---

| Debtor | JKL Digital Capital Limited | Case number (if known) |
|---|---|---|
| | Name | |

| 12. Why is venue proper in *this district?* | Check one. |
|---|---|

☑ Debtor's principal place of business or principal assets in the United States are in this district. **(See Exhibit B)**

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____
Signature of foreign representative

Printed name

Executed on _____
MM / DD / YYYY

✗ _____
Signature of foreign representative

Printed name

Executed on _____
MM / DD / YYYY

✗ _____
Signature of foreign representative

*Glenn Harrigan*
Printed name

Executed on  10/08/2025
MM / DD / YYYY

**14. Signature of attorney**

✗ _____
Signature of Attorney for foreign representative

Date _____
MM / DD / YYYY

Robert J. Gayda
Printed name

Seward & Kissel LLP
Firm name

One Battery Park Plaza
Number          Street

New York
City

NY          10004
State       ZIP Code

(212) 574-1200
Contact phone

gayda@sewkis.com
Email address

4290219
Bar number

NY
State

Debtor __JKL Digital Capital Limited (in liquidation)__    Case number (if known)_____
     Name

**12. Why is venue proper in *this***
**district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district. **(See Exhibit B)**

☐ Debtor does not have a place of business or assets in the United States, but the following
action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience
of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign**
**representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the
relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the
information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____        HADLEY  CHILTON
    Signature of foreign representative        Printed name

Executed on  10  09  2025
             MM / DD / YYYY

✗ _____        _____
    Signature of foreign representative        Printed name

Executed on _____
             MM  / DD / YYYY

✗ _____        _____
    Signature of foreign representative        Printed name

Executed on _____
             MM / DD / YYYY

**14. Signature of attorney**

✗ _____    Date _____
    Signature of Attorney for foreign representative        MM  / DD / YYYY

Robert J. Gayda
Printed name
Seward & Kissel LLP
Firm name
One Battery Park Plaza
Number     Street
New York                         NY        10004
City                             State     ZIP Code

(212) 574-1200                   gayda@sewkis.com
Contact phone                    Email address

4290219                          NY
Bar number                       State

| Debtor | JKL Digital Capital Limited | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**12. Why is venue proper in *this district*?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district. **(See Exhibit B)**

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____.

---

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✖ _____         _____
Signature of foreign representative              Printed name

Executed on _____
                    MM  / DD / YYYY

✖ _____         _____
Signature of foreign representative              Printed name

Executed on _____
                    MM  / DD / YYYY

✖ _____         _____
Signature of foreign representative              Printed name

Executed on _____
                    MM  / DD / YYYY

---

**14. Signature of attorney**

✖ /s/ Robert J. Gayda                              Date   10/10/2025
Signature of Attorney for foreign representative         MM   / DD / YYYY

Robert J. Gayda_____
Printed name

Seward & Kissel LLP_____
Firm name

One Battery Park Plaza_____
Number        Street

New York_____         NY       10004_____
City                                                              State       ZIP Code

(212) 574-1200_____                    gayda@sewkis.com_____
Contact phone                                          Email address

4290219_____                           NY_____
Bar number                                             State

---

## Exhibit A

**Certified Copy of Decision Commencing Foreign Proceeding and Appointing Foreign Representatives**

**Case Number :BVIHCOM2024/0614**



**FILED
HIGH COURT**
TERRITORY OF
**THE VIRGIN ISLANDS**

THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
VIRGIN ISLANDS
(COMMERCIAL DIVISION)
CLAIM NO. BVIHC (COM) 2024/0614

**Submitted Date:03/02/2025 10:23**

**Filed Date:03/02/2025 10:24**

**Fees Paid:72.59**

IN THE MATTER OF JKL DIGITAL CAPITAL LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003

BETWEEN:

TGT, GP (in Voluntary Liquidation) on behalf of TGT, LP (In Voluntary Liquidation)

**Applicant**

and

JKL DIGITAL CAPITAL LIMITED

**Respondent**

---

**ORDER**

---

**BEFORE:**    The Honourable Justice Mithani (Ag.)

**DATED:**    20 January 2025

**ENTERED:**    4 February 2025

**UPON THE ORIGINATING APPLICATION** of TGT, GP (in Voluntary Liquidation) on behalf of TGT, LP (In Voluntary Liquidation) (the "**Applicant**") filed on 31 October 2024 seeking the appointment of joint and several liquidators over JKL Digital Capital Limited (the "**Respondent**" or the "**Company**") (the "**Application**")

**AND UPON READING** the affidavit of Hadley Chilton with exhibit CH-1 in support filed on 6 December 2024 and re-filed on 17 January 2025and the Third Affidavit of Hadley Chilton with exhibit CH-3 in support filed on 17 January 2025;

**AND UPON HEARING** Grant Carroll of Campbells, and with him, Jomokie Phillips, Counsel for the Applicant

3162514-1

**IT IS HEREBY ORDERED THAT:**

1    Hadley Chilton and Stephen Cork of Cork and Gully (Guernsey) Limited 1st Floor Royal Chambers, St Julian's Avenue, St Peter Port, Guernsey, GY1 3JX and Glenn Harrigan of CCP Consultants, Ellen L. Skelton Building, P.O. Box 3274, Road Town, Tortola, VG 1110, British Virgin Islands are appointed as joint and several liquidators (the "**Joint Liquidators**") of the Company;

2    The Joint Liquidators shall have all the powers necessary to carry out the functions and duties of a liquidator under the Act in the British Virgin Islands or elsewhere, including the powers specified in Schedule 2 of the Act, being:

(a)    Power to pay any class of creditors in full.

(b)    Power to make a compromise or arrangement with creditors or persons claiming to be creditors, or having or alleging that they have any claim against the Company, whether present or future, certain or contingent, ascertained or not.

(c)    Power to compromise, on such terms as may be agreed:

(i)    calls and liabilities to calls, debts and liabilities capable of resulting in debts, and claims, whether present or future, certain or contingent, ascertained or not, subsisting or supposed to subsist between the Company and any person; and

(ii)    questions in any way relating to or affecting the assets or the liquidation of the Company;

and take security for the discharge of any such call, debt, liability or claim and give a complete discharge in respect of it.

(d)    Power to commence, continue, discontinue or defend any action or other legal proceedings in the name and on behalf of the Company.

(e)    Power to carry on the business of the Company so far as may be necessary for its beneficial liquidation.

(f)    Power to sell or otherwise dispose of property of the Company.

3162514-1

(g)     Power to do all acts and execute, in the same and on behalf of the Company, any deeds, receipts or other document.

(h)     Power to use the Company's seal.

(i)     Power to prove, rank and claim in the bankruptcy, liquidation, insolvency or sequestration of any member or past member for any balance against their estate, and to receive dividends, in the bankruptcy, liquidation, insolvency, sequestration or in respect of that balance, as a separate debt due from the bankrupt or insolvent, and rateably with the other separate creditors.

(j)     Power to draw, accept, make and endorse any bill of exchange or promissory note in the name and on behalf of the Company with the same effect with respect to the Company's liability as if the bill or note had been drawn, accepted, made or indorsed by or on behalf of the Company in the course of its business.

(k)     Power to borrow money, whether on the security of the assets of the Company or otherwise.

(l)     Power to take out in their official names letters of administration to any deceased member or past member or debtor, and to do any other act necessary for obtaining payment of any money due from a member of past member or debtor or their estate, that cannot conveniently be done in the name of the Company.

(m)    For the purpose of enabling the Joint Liquidators to take out letters of administration or do any other act under this paragraph, to be due to the Joint Liquidators themselves.

(n)     Power to call meetings of creditors or members for:

(i)     the purpose of informing creditors or members concerning the progress of or matters arising in the liquidation;

(ii)    the purpose of ascertaining the views of creditors or members on any matter arising in the liquidation; or

(iii)    such other purpose connected with the liquidation as the Joint Liquidators consider fit.

(o)    Power to appoint a solicitor, accountant or other professionally qualified person to assist them in the performance of their duties.

(p)    Power to appoint an agent to do any business that the Liquidators are unable to do themselves, or which can be more conveniently done by an agent.

3    The powers of the Joint Liquidators listed at paragraphs 2(a) to 2(d) shall only be exercisable with the sanction of the Court and the powers of the Liquidators listed at paragraphs 2(e) to 2(p) shall be exercisable without the further sanction of the Court.

4    The costs of the liquidation including the proper fees and disbursements of the Joint Liquidators are to be paid out of the assets of the Company, in priority to all other claims.

5    The Applicant is to be paid the costs of this Application, out of the assets of the Company and in priority to the unsecured creditors of the Company.

**By the Court**

Dep. Registrar

3162514-1

**THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**VIRGIN ISLANDS**
**(COMMERCIAL DIVISION)**
**CLAIM NO. BVIHC (COM) 2024/0614**

**IN THE MATTER OF JKL DIGITAL CAPITAL LIMITED**
**AND IN THE MATTER OF THE INSOLVENCY ACT, 2003**

**BETWEEN:**

**TGT, GP (in Voluntary Liquidation) on behalf of TGT, LP**
**(In Voluntary Liquidation)**

**Applicant**

**and**

**JKL DIGITAL CAPITAL LIMITED**

**Respondent**

---

**Order**

---

**Campbells LLP**
Floor 4, Banco Popular Building
PO Box 4467
Road Town, Tortola VG-1110
British Virgin Islands
Tel: (284) 494 2423
Ref: 17309-43754
**Legal Practitioners for the Applicant**

**<u>Exhibit B</u>**

**Response to Question 12**

## Why is venue proper in this district?

Upon information and belief, the Debtor's principal U.S. asset is located in this District as the only confirmed U.S. asset of the Debtor is the Debtor's retainer of $10,000 held in Seward & Kissel LLP's Citibank, N.A. account ending 7720 located in New York, New York.  As further explained in the *Declaration of the Foreign Representative* filed contemporaneously herewith, the Debtor or its affiliated entities or persons may have other U.S. assets, including (i) a right to recover on claims filed in certain chapter 11 bankruptcy cases, including Celsius Network LLC (Bankr. S.D.N.Y.) and FTX Trading Ltd. (Bankr. D. Del.), (ii) cryptocurrency mining operations located in Texas, and (iii) assets held on non-bankruptcy cryptocurrency exchanges, such as Coinbase.  To date, however, the Debtor's former directors have not provided any of the information requested by the Foreign Representatives to confirm the existence and location of any other U.S. asset of the Debtor.  Not only is the Debtor's only confirmed U.S. asset located in this District, but it is also the district where the Foreign Representatives' counsel is situated.  Accordingly, even if assets exist in another district, venue in the Southern District of New York is consistent with the interests of justice and the convenience of the parties.

## Exhibit C

**Consolidated Verified List**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JKL Digital Capital Limited,[1] <br><br> Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 25-_____ (___) |

**CONSOLIDATED VERIFIED LIST PURSUANT TO**
**FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(4)**

Pursuant to Rules 1007(a)(4), the attached schedules contemplate each of the following:

(i)  all persons or bodies authorized to administer foreign proceedings of the Debtor (**Schedule A**);

(ii)  all parties to litigation pending in the United States in which the Debtor is a party at the time of filing of the petition (**Schedule B**); and

(iii)  all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code (**Schedule C**).

---

[1] The chapter 15 Debtor along with the last four digits of the Debtor's business number is JKL Digital Capital Limited (4314).  The Debtor's registered office is located at 80 Main Street, P.O. Box 3200, Road Town, Tortola VG 1110 Virgin Islands, British.

## **Schedule A**

**All persons or bodies authorized to administer foreign proceedings of the debtor:**

- Hadley Chilton and Stephen Cork of Cork Gully (Guernsey) Limited 15Y Floor Royal Chambers, St Julian's Avenue, St Peter Port, Guernsey, GY13JX

- Glenn Harrigan of CCP Consultants, Ellen L. Skelton Building, P.O. Box 3274, Road Town, Tortola, VG 1110, British Virgin Islands

## Schedule B

**All parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition:**

- As of the date of filing, the Debtor is not a party to any pending litigation in the United States.

## <u>Schedule C</u>

**All entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code:**

- The Foreign Representatives are not seeking provisional relief at this time but reserve all rights to seek such relief prior to the Court's ruling on the Petition for Recognition, including but not limited to entrusting the administration of the Debtor's assets located in the United States to the Foreign Representatives in order to protect and preserve the value of any assets pursuant to 11 U.S.C. § 1519(a)(2) and seeking expedited discovery pursuant to 11 U.S.C. § 1519(a)(3).

## Exhibit D

**Corporate Ownership Statement**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JKL Digital Capital Limited,[1]<br><br>      Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-_____ (___) |

## CORPORATE OWNERSHIP STATMENT PURSUANT TO
## FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(a)(4) AND 7007.1

In accordance with the requirements of Rules 1007(a)(4) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Hadley Chilton, Stephen Cork, and Glenn Harrigan in their capacities as the foreign representatives (the "Foreign Representatives") of JKL Digital Capital Limited (the "Debtor"), which commenced a foreign proceeding in the British Virgin Islands (the "Foreign Proceeding") pursuant to Section 159 of the BVI Insolvency Act, 2003, before the Eastern Caribbean Supreme Court in the High Court of Justice Virgin Islands (Commercial Division), have commenced the above-captioned chapter 15 case ancillary to the Foreign Proceeding and submit the following corporate ownership statement of the Debtor: to the best of the Foreign Representatives' knowledge, information, and belief, there is no corporation that owns 10% or more of any class of the Debtor's equity interests.

---

[1] The chapter 15 Debtor along with the last four digits of the Debtor's business number is JKL Digital Capital Limited (4314).  The Debtor's registered office is located at 80 Main Street, P.O. Box 3200, Road Town, Tortola VG 1110 Virgin Islands, British.

**Exhibit E**

**Official Form 202**

**Fill in this information to identify the case and this filing:**

Debtor Name ___JKL Digital Capital Limited___

United States Bankruptcy Court for the: ___Southern___    District of ___New York___
(State)

Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

❑ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

❑ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

❑ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

❑ *Schedule H: Codebtors (Official Form 206H)*

❑ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

❑ Amended *Schedule* ____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒ Other document that requires a declaration ___Rule 1007(a)(4) Statement and Corporate Ownership Statement___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10 / 9 / 2025__        ✗ _____
MM / DD / YYYY                                Signature of individual signing on behalf of debtor

Hadley Chilton
Printed name

Foreign Representative
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors